AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

      BEFORE ME, the undersigned authority, duly commissioned and qualified in the State and Parish listed above, personally came and appeared April B. Williams,

who, being by me first duly sworn and deposed attested to the following:

I am a Debtor in a Chapter 13 bankruptcy; and
I live with my husband and 7 year old granddaughter at 3717 Glenoak Drive, Harvey, LA 70058. I pay $ 91.00 per month for school supplies and after school care for my granddaughter.

We support and pay for more than 50% of the expenses of my disabled daughter and disabled granddaughter who live in Houston, Texas because of the medical benefits and medical care only available to them there.    I provide necessary care for my disabled daughter and disabled granddaughter which requires my intermittent presence in Houston to attend to their needs. I pay $150.00 per month for my disabled granddaughter's hygiene supplies, furniture, and over the counter medication. I also pay the rent$114.00 a month, the lights $260.00 per month and the water $80.00 per month. My disabled daughter applied for SSI but her case has not been determined. My disabled granddaughter gets SSI of $674.00 per month unless she is hospitalized, which happens frequently, in which case she gets only $30.00 per month.

I was unemployed after my sole proprietorship school textbook business which I opened in 2006 failed. I recently began a training program with H & R Block to be a tax preparer. In January 2012, from H& R Block I received a check for 188.00 and another check for 186.00. I will be working on a strictly commission basis and the work is seasonal. I expect to earn $600.00 in February and $600.00 in March, $300.00 in April.

I will be looking for a new job in April to replace my seasonal job with H & R Block. In six months I expect to be able to make $875.00 per month from my new job.

My husband works as a truck driver and gets a check from the Veterans Bureau for 1102.00 per month. My husband is subject to a levy of $200.00 per month from the IRS for six years to pay his own separate IRS debt of 11,000.00 that predates our marriage which occurred in June 30, 2005.

My disabled daughter in Houston relies on using a 2006 Chevy Impala to take herself and my disabled granddaughter to doctors appointments. My disabled granddaughter is on a ventilator and relies on oxygen.

/s/ April B. Williams
_____
Affiant: April B. Williams

SWORN TO AND SUBSCRIBED BEFORE ME, NOTARY PUBLIC ON February 12, 2012.

/s/ John C. Menszer
_____
John C. Menszer 22118
NOTARY PUBLIC

**WILLIAMS, LANEY R# 000005080**

PERIOD END DATE 01/05/2012   ADVICE NUMBER 00477844

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | 40.26 | 16.960 | 682.81 | 1203.99 |
| VACATION | 8.00 | 16.960 | 135.68 | 542.72 |
| HOLIDAY | 8.00 | 16.960 | 135.68 | 407.04 |
| OVERTIME | 0.26 | 8.462 | 2.20 | 2.20 |
| TOTALS | 56.52 | | 956.37 | 2155.95 |
| TAXABLE GROSS | | | 858.88 | 1960.97 |

| DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|
| SOC SEC | 36.07 | 82.36 |
| FED W/H | 66.81 | 170.10 |
| MEDICARE | 12.45 | 28.43 |
| ACCIDENT | 6.67 | 13.34 |
| HLTH/DEN | 88.00 | 176.00 |
| VISION | 2.82 | 5.64 |
| VOL LIFE | 18.71 | 37.42 |
| UNIT PUR | 95.64 | 215.60 |
| LTD | 5.90 | 11.80 |
| DEDUC. TOTALS | 333.07 | 740.69 |
| NET PAY | 623.30 | 1415.26 |

DELIVERY DATE · DELIVERY MANIFEST · DESC · COMMISSION AMOUNT · DELIVERY GROSS WGT · UM · ORIG · DEST
DELIVERY DATE · DELIVERY MANIFEST · DESC · COMMISSION AMOUNT · DELIVERY GROSS WGT · UM · ORIG · DEST

---

**WILLIAMS, LANEY R# 000005080**

PERIOD END DATE 12/29/2011   ADVICE NUMBER 00477172

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | 30.73 | 16.960 | 521.18 | 521.18 |
| VACATION | 24.00 | 16.960 | 407.04 | 407.04 |
| HOLIDAY | 16.00 | 16.960 | 271.36 | 271.36 |
| TOTALS | 70.73 | | 1199.58 | 1199.58 |
| TAXABLE GROSS | | | 1102.09 | 1102.09 |

| DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|
| SOC SEC | 46.29 | 46.29 |
| FED W/H | 103.29 | 103.29 |
| MEDICARE | 15.98 | 15.98 |
| ACCIDENT | 6.67 | 6.67 |
| HLTH/DEN | 88.00 | 88.00 |
| VISION | 2.82 | 2.82 |
| VOL LIFE | 18.71 | 18.71 |
| UNIT PUR | 119.96 | 119.96 |
| LTD | 5.90 | 5.90 |
| DEDUC. TOTALS | 407.62 | 407.62 |
| NET PAY | 791.96 | 791.96 |

DELIVERY DATE · DELIVERY MANIFEST · DESC · COMMISSION AMOUNT · DELIVERY GROSS WGT · UM · ORIG · DEST
DELIVERY DATE · DELIVERY MANIFEST · DESC · COMMISSION AMOUNT · DELIVERY GROSS WGT · UM · ORIG · DEST

Martin Resource Management
4200 B Stone Rd.
Kilgore, Tx 75662

**IMPORTANT DOCUMENT ENCLOSED**

WILLIAMS, LANEY R
5426 DUNNETHEAD DR
HOUSTON, TX 77084

| WILLIAMS, LANEY R# 000005080 | | | | PERIOD END DATE 01/19/2012 | | ADVICE NUMBER 004805 | |
|---|---|---|---|---|---|---|---|
| **WAGES** | **HOURS** | **RATE** | **AMOUNT** | **YTD AMOUNT** | **DEDUCTIONS** | **AMOUNT** | **YTD AMOUNT** |
| REGULAR | 55.64 | 16.960 | 943.65 | 3637.75 | SOC SEC | 52.51 | 263 |
| BEREAVE | 16.00 | 16.960 | 271.36 | 271.36 | FED W/H | 125.50 | 683 |
| OVERTIME | 15.64 | 8.480 | 132.63 | 540.68 | MEDICARE | 18.13 | 97 |
| SAFETY | | | | 1733.05 | ACCIDENT | 6.57 | 26 |
| VACATION | | | | 542.72 | HLTH/DEN | 88.00 | 352 |
| HOLIDAY | | | | 407.04 | VISION | 2.82 | 11 |
| | | | | | VOL LIFE | 18.71 | 74 |
| | | | | | UNIT PUR | 134.76 | 539 |
| | | | | | LTD | 5.90 | 23 |

New Window

**View Paycheck**

**H&R BLOCK** **Company:** HRB Technology LLC
**Address:** 1 H&R Block Way
Kansas City, MO 64105
877/222-5547

**Pay Begin Date:** 01/07/2012
**Pay End Date:** 01/20/2012
**Check Date:** 01/27/2012

**Net Pay:** $88.54

View a Different Payment

### General

| | | | |
|---|---|---|---|
| **Name:** | April Djaune Williams | **Bus Unit:** | USTX |
| **Employee ID:** | 801227 | **Pay Group:** | Seasonal Biweekly |
| **Address:** | 5426 Dunnethead Drive | **Dept:** | 42840 - North Houston 1, Tx |
| | Houston, TX 77084 | **Locn:** | North Houston 1, Tx |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Mar Status:** | Single | **TX Marital Status:** | Not applicable |
| **Fed Allow:** | 0 | **TX Allowances:** | 0 |
| **Fed Addl Amt:** | $0.00 | **TX Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 95.17 | 95.17 | 6.63 | 0.00 | 88.54 |

### Earnings

| Description | Code | Base Rate | Applied Rate | Hours | Amount |
|---|---|---|---|---|---|
| RegWages | 5116 | 8.50 | 8.50 | 8.99 | 76.42 |
| RegWages | 5007 | 7.50 | 7.50 | 2.50 | 18.75 |
| **Total:** | | | | 11.49 | 95.17 |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 1.25 |
| Fed MED/EE | 1.38 |
| Fed OASDI/EE | 4.00 |
| **Total:** | 6.63 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### After Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| * Taxable | |
| Total: | |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 15148409 | Checking | ***************933 | 88.54 |

**Go To:** Employee Home
Payroll Information Home

New Window

**View Paycheck**

**H&R BLOCK** Company: HRB Technology LLC
Address: 1 H&R Block Way
Kansas City, MO 64105
877/222-5547

Pay Begin Date: 12/29/2011
Pay End Date: 12/29/2011
Check Date: 01/03/2012

Net Pay: $80.83

View a Different Payment

### General

| | | | |
|---|---|---|---|
| Name: | April Djaune Williams | Bus Unit: | USTX |
| Employee ID: | 801227 | Pay Group: | Seasonal Biweekly |
| Address: | 5426 Dunnethead Drive | Dept: | 42840 - North Houston 1, Tx |
| | Houston, TX 77084 | Locn: | North Houston 1, Tx |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Mar Status: | Single | Marital Status: | |
| Fed Allow: | 0 | Allowances: | 0 |
| Fed Addl Amt: | $0.00 | Addl Amount: | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 86.25 | 86.25 | 5.42 | 0.00 | 80.83 |

### Earnings

| Description | Code | Base Rate | Applied Rate | Hours | Amount |
|---|---|---|---|---|---|
| RegWages | 5007 | 7.50 | 7.50 | 11.50 | 86.25 |
| Total: | | | | 11.50 | 86.25 |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 0.55 |
| Fed MED/EE | 1.25 |
| Fed OASDI/EE | 3.62 |
| Total: | 5.42 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### After Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| * Taxable | |
| Total: | |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 15064200 | Checking | ***************933 | 80.83 |

Go To:   Employee Home
         Payroll Information Home

https://hrbselfserv.hrblock.com/psc/hprd_sso/EMPLOYEE/HRMS/c/ROLE_EMPLOYEE.P... 3/5/2012

**View Paycheck**

**H&R BLOCK**  **Company:** HRB Technology LLC  
**Address:** 1 H&R Block Way  
Kansas City, MO 64105  
877/222-5547  

**Pay Begin Date:** 02/04/2012  
**Pay End Date:** 02/17/2012  
**Check Date:** 02/24/2012  

**Net Pay:** $271.18

View a Different Payment

### General

**Name:** April Djaune Williams  
**Employee ID:** 801227  
**Address:** 5426 Dunnethead Drive  
Houston, TX 77084  

**Bus Unit:** USTX  
**Pay Group:** Seasonal Biweekly  
**Dept:** 42840 - North Houston 1, Tx  
**Locn:** North Houston 1, Tx

### Tax Data

**Fed Mar Status:** Single  
**Fed Allow:** 0  
**Fed Addl Amt:** $0.00  

**TX Marital Status:** Not applicable  
**TX Allowances:** 0  
**TX Addl Amount:** $0.00  

### Paycheck Summary

|         | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---------|---------------|-------------------|-------------|------------------|---------|
| Current | 311.70        | 311.70            | 40.52       | 0.00             | 271.18  |
| YTD     | 815.38        | 815.38            | 94.73       | 0.00             | 720.65  |

### Earnings

| Description | Code | Base Rate | Applied Rate | Hours | Amount |
|-------------|------|-----------|--------------|-------|--------|
| RegWages    | 5116 | 8.50      | 8.50         | 36.67 | 311.70 |
| Total:      |      |           |              | 36.67 | 311.70 |

### Taxes

| Description    | Amount | YTD Amount |
|----------------|--------|------------|
| Fed Withholdng | 22.90  | 48.66      |
| Fed MED/EE     | 4.52   | 11.82      |
| Fed OASDI/EE   | 13.10  | 34.25      |
| Total:         | 40.52  | 94.73      |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|-------------|--------|------------|
| Total:      |        | 0.00       |

### After Tax Deductions

| Description | Amount | YTD Amount |
|-------------|--------|------------|
| Total:      |        | 0.00       |

### Employer Paid Benefits

| Description | Amount | YTD Amount |
|-------------|--------|------------|
| * Taxable   |        |            |
| Total:      |        | 0.00       |

### Net Pay Distribution

| Payment Type   | Paycheck Number | Account Type | Account Number      | Amount |
|----------------|-----------------|--------------|---------------------|--------|
| Direct Deposit | 15336769        | Checking     | **************933   | 271.18 |

**Go To:**  Employee Home  
Payroll Information Home

New Window

View Paycheck

**H&R BLOCK**  **Company:** HRB Technology LLC
**Address:** 1 H&R Block Way
Kansas City, MO 64105
877/222-5547

**Pay Begin Date:** 01/21/2012
**Pay End Date:** 02/03/2012
**Check Date:** 02/10/2012

**Net Pay:** $280.10

View a Different Payment

### General

| | | | |
|---|---|---|---|
| **Name:** | April Djaune Williams | **Bus Unit:** | USTX |
| **Employee ID:** | 801227 | **Pay Group:** | Seasonal Biweekly |
| **Address:** | 5426 Dunnethead Drive | **Dept:** | 42840 - North Houston 1, Tx |
| | Houston, TX 77084 | **Locn:** | North Houston 1, Tx |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Mar Status:** | Single | **TX Marital Status:** | Not applicable |
| **Fed Allow:** | 0 | **TX Allowances:** | 0 |
| **Fed Addl Amt:** | $0.00 | **TX Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 322.26 | 322.26 | 42.16 | 0.00 | 280.10 |

### Earnings

| Description | Code | Base Rate | Applied Rate | Hours | Amount |
|---|---|---|---|---|---|
| RegWages | 5116 | 8.50 | 8.50 | 37.91 | 322.26 |
| Total: | | | | 37.91 | 322.26 |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 23.96 |
| Fed MED/EE | 4.67 |
| Fed OASDI/EE | 13.53 |
| Total: | 42.16 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### After Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| * Taxable | |
| Total: | |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 15260947 | Checking | ****************933 | 280.10 |

**Go To:** Employee Home
Payroll Information Home

https://hrbselfserv.hrblock.com/psc/hprd_sso/EMPLOYEE/HRMS/c/ROLE_EMPLOYEE.P...    3/2/2012

Social Security Administration
# Supplemental Security Income
Notice of Change in Payment

SOCIAL SECURITY
16200 DILLARD DR
HOUSTON TX 77040

Date: September 29, 2011
Claim Number: 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 DC

011923  2 AT 0.490 0061 LTR T16 M02 0922
855 11S1931D45657
IYONNA KIONE DAVIS
FOR NEVAEH TERRI DAVIS
5426 DUNNETHEAD DR
HOUSTON TX 77084-1812

*674 or 30 but not both* (handwritten)

Type of Payment:
Child--Disabled

We are writing to tell you about changes in NEVAEH T. DAVIS' Supplemental Security Income (SSI) payments. The following chart shows the SSI money due her for the months we changed. As you can see from the chart, we are changing her payments for both past and future months. The rest of this letter will tell you more about this change.

We explain how we figured the monthly payment amount on the worksheets at the end of this letter. The explanation shows how her income, other than any SSI payments, affects her SSI payment. Her other income may include a portion of her parent's income. We include explanations only for months where payment amounts change.

## The Payments of NEVAEH T. DAVIS Will Be Changed As Follows:

| From | Through | Amount Due Each Month |
|---|---|---|
| June 1, 2011 | July 31, 2011 | $674.00 |
| August 1, 2011 | August 31, 2011 | $449.34 |
| September 1, 2011 | Continuing | $674.00 |

### Information About NEVAEH T. DAVIS' SSI Payments

- You should receive a check on October 1, 2011 for $30.00 and an additional check on October 2, 2011 for $644.00. The total of the two checks, $674.00, is the new payment due her for October 2011.

- Her regular monthly check of $674.00 will be sent to your bank or other financial institution about the first day of November 2011.

See Next Page

SSA-L8151

*[handwritten: "is penalized & 674 is discontinued"]*

## Social Security Administration
HOUSTON NORTHWEST TX

Date: July 25, 2011
Claim Number: 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 DM

Name: NEVAEH TERRI DAVIS

IYONNA KIONE DAVIS, FOR
NEVAEH TERRI DAVIS
5426 DUNNETHEAD RD
HOUSTON, TX  77084

*[handwritten: "674 or 30 but not both"]*

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Supplemental Security Income Payments**

For the period 1/2011 to 7/2011 you received a total of $ 210.00 in Supplemental Security Income benefits.

Beginning June 2011, the current Supplemental Security Income payment is $ 30.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

There was no cost of living adjustment in Social Security benefits in December 2009. The benefit amount shown is current as of the date on this letter.

**If You Have Any Questions**

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 866-331-3277. We can answer most questions over the phone. You can also write or visit any Social Security office. Your closest office is located at:

> SOCIAL SECURITY
> 16200 DILLARD DR
> HOUSTON TX 77040

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

Office Manager
*[signature: Diana L Ellis]*



DEPARTMENT OF VETERANS AFFAIRS
Regional Office
6900 Almeda Road
Houston, TX 77030-4200

January 26, 2012

In Reply Refer To: 362/21PC/wd
CSS 435 88 8078 00
L R WILLI

LANEY RAY WILLIAMS
5426 DUNNETHEAD DR
# 65
HOUSTON, TX.        77084

Dear Sir or Madam:

This is to certify that the records of the Department of Veterans Affairs show that Laney R. Willams receives $1,102.00 monthly effective 12-01-2011 for the benefit as indicated below:

Compensation for service-connected disability.

In addition VA records show that:

The service-connected disability is rated at 60%.

He is an honorably discharged veteran of the U.S. Armed Forces.

Sincerely yours,

*E. P. DuFrene*

E. P. DuFrene
Chief, Veterans Service Center

VA Assistance: 1-800-827-1000

FL 27-448

| WILLIAMS, LANEY R# 000005080 | | | | | PERIOD END DATE 02/02/2012 | | ADVICE NUMBER 00483299 | |
|---|---|---|---|---|---|---|---|---|
| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | | AMOUNT | YTD AMOUNT |
| REGULAR | 65.44 | 16.960 | 1109.86 | 5522.34 | SOC SEC | | 51.58 | 370.94 |
| OVERTIME | 25.44 | 8.480 | 215.73 | 804.58 | FED W/H | | 122.20 | 872.52 |
| SAFETY | | | | 1733.05 | MEDICARE | | 17.81 | 128.06 |
| VACATION | | | | 542.72 | ACCIDENT | | 6.67 | 40.02 |
| BEREAVE | | | | 407.04 | HLTH/DEN | | 88.00 | 528.00 |
| HOLIDAY | | | | 407.04 | VISION | | 2.82 | 16.92 |
| | | | | | GARNF1 | | 50.00 | 100.00 |
| | | | | | VOL LIFE | | 18.71 | 112.26 |
| | | | | | UNIT PUR | | 132.56 | 768.38 |
| | | | | | LTD | | 5.90 | 35.40 |
| TOTALS | 90.88 | | 1325.69 | 9416.77 | DEDUC. TOTALS | | 496.25 | 2972.50 |
| | TAXABLE GROSS | | 1228.10 | 8831.83 | NET PAY | | 829.34 | 6444.27 |

| DELIVERY DATE | DELIVERY MANIFEST | DESC | COMMISSION AMOUNT | DELIVERY GROSS WGT | UM | ORIG | DEST | DELIVERY DATE | DELIVERY MANIFEST | DESC | COMMISSION AMOUNT | DELIVERY GROSS WGT | UM | ORIG | DEST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CHECKING                    $829.34                                                                                    VAC BAL        88.00

Message Area: Ethics Hotline 1-866-481-1916 "CONFIDENTIAL"

**WILLIAMS, LANEY R# 000005080**   **PERIOD END DATE** 02/09/2012   **ADVICE NUMBER** 004854:

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| REGULAR | 87.00 | 16.960 | 1475.52 | 6997.86 | SOC SEC | 74.61 | 445. |
| OVERTIME | 47.00 | 8.480 | 398.56 | 1203.14 | FED W/H | 215.97 | 1088. |
| SAFETY | | | | 1733.05 | MEDICARE | 25.76 | 153. |
| VACATION | | | | 542.72 | ACCIDENT | 6.67 | 46. |
| BEREAVE | | | | 407.04 | HLTH/DEN | 88.00 | 616. |
| HOLIDAY | | | | 407.04 | VISION | 2.82 | 19. |
| | | | | | GARNF1 | 50.00 | 150. |
| | | | | | VOL LIFE | 18.71 | 130. |
| | | | | | UNIT PUR | 187.41 | 955. |
| | | | | | LTD | 5.90 | 41. |
| **TOTALS** | 134.00 | | 1874.08 | 11290.85 | **DEDUC. TOTALS** | 675.85 | 3648 |
| | | **TAXABLE GROSS** | 1776.59 | 10608.42 | **NET PAY** | 1198.23 | 7642 |

| DELIVERY DATE | DELIVERY MANIFEST | DESC | COMMISSION AMOUNT | DELIVERY GROSS WGT | UM | ORIG | DEST | DELIVERY DATE | DELIVERY MANIFEST | DESC | COMMISSION AMOUNT | DELIVERY GROSS WGT | UM | ORIG | DEST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**CHECKING**    $1,198.23                                                                                        **VAC BAL**    88.00

Message Area: Ethics Hotline 1-866-481-1916 "CONFIDENTIAL"

| WILLIAMS, LANEY R# 000005080 | | | | PERIOD END DATE 02/16/2012 | | ADVICE NUMBER 004860! | |
|---|---|---|---|---|---|---|---|
| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
| REGULAR | 76.49 | 16.960 | 1297.27 | 8295.13 | SOC SEC | 63.39 | 508. |
| OVERTIME | 36.49 | 8.480 | 309.44 | 1512.58 | FED W/H | 164.36 | 1252. |
| SAFETY | | | | 1733.05 | MEDICARE | 21.89 | 175. |
| VACATION | | | | 542.72 | ACCIDENT | 6.67 | 53. |
| BEREAVE | | | | 407.04 | HLTH/DEN | 88.00 | 704. |
| HOLIDAY | | | | 407.04 | VISION | 2.82 | 22. |
| | | | | | GARNF1 | 50.00 | 200. |
| | | | | | VOL LIFE | 18.71 | 149. |
| | | | | | UNIT PUR | 160.67 | 1116. |
| | | | | | LTD | 5.90 | 47. |
| TOTALS | 112.98 | | 1606.71 | 12897.56 | DEDUC. TOTALS | 582.41 | 4230 |
| | TAXABLE GROSS | | 1509.22 | 12117.64 | NET PAY | 1024.30 | 8666 |

| DELIVERY DATE | DELIVERY MANIFEST | DESC | COMMISSION AMOUNT | DELIVERY GROSS WGT | UM | ORIG | DEST | DELIVERY DATE | DELIVERY MANIFEST | DESC | COMMISSION AMOUNT | DELIVERY GROSS WGT | UM | ORIG | DEST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CHECKING            $1,024.30                                               VAC BAL            88.00

Message Area: Ethics Hotline 1-866-481-1916 "CONFIDENTIAL"