United States Bankruptcy Court
Eastern District of Louisiana

In re:
April Booker Williams
   Debtor

Case No. 12-10615-EWM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 053L-2     User: gd     Page 1 of 3     Date Rcvd: Mar 15, 2012
                  Form ID: pdf13pln     Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2012.
```
db            +April Booker Williams,   5426 Dunnethead Drive,   Houston, TX 77084-1812
smg            Collector of Revenue,   City of New Orleans,   City Hall Annex,   New Orleans, LA  70112
smg           +Delinquent Accounts Unit,   La. Department of Labor,   Office of Regulatory Services,
                P.O. Box 44127,   Baton Rouge, LA 70804-4127
smg           +Louisiana Department of Revenue,   Collection Division/Bankruptcy Section,   P. O. Box 66658,
                Baton Rouge, LA 70896-6658
smg           +U. S. Attorney's Office,   500 Poydras Street,   Suite 210,   New Orleans, LA 70130-3365
2984100       +Bank Of America, N.a.,   450 American Street,   Simi Valley, CA 93065-6285
2984101      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,   Po Box 85015,   Richmond, VA 23285)
2984102       +Capitol One,   POB 152402,   Irving, TX 75015-2402
2984103       +Central Finl Control,   Po Box 660873,   Dallas, TX 75266-0873
2984104       +Chase,   201 N. Walnut St//De1-1027,   Wilmington, DE 19801-2920
2984105       +Convergent Outsourcing,   800 Sw 39th St,   Renton, WA 98057-4975
2984106       +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
2984108       +Eos Cca,   700 Longwater Dr,   Norwell, MA 02061-1624
2984111       +Harris County Toll Road Authority,   Violations Enforcement Center,   1310 Prairie, Suite 330,
                Houston, TX 77002-2023
2984112        Houston FCU,   14320 Kennsington Dr.,   Sugar Land, TX 77479
2984113        IRS,   Memphis, TN 37501-0002
2984114       +Iyonna Davis,   5426 Dunnethead Dr,   Houston, TX 77084-1812
2984115       +Laney Williams,   3717 Glenoak Drive,   Harvey, LA 70058-1918
2984117       +Pinnacle Credit Servic,   7900 Highway 7 # 100,   Saint Louis Park, MN 55426-4045
2984118       +Rcs/cvf Consumer Acqui,   Po Box 10525,   Greenville, SC 29603-0525
2984121      ++TXU ENERGY RETAIL COMPANY LP,   CO BANKRUPTCY DEPARTMENT,   PO BOX 650393,   DALLAS TX 75265-0393
               (address filed with court: Txu Energy,   200 W John Carpenter Fwy,   Irving, TX 75039)
2984120       +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
2984122       +US Attorney Tax Division,   Glenn Schreiber,   16th Floor,   650 Poydras Street,
                New Orleans, LA 70130-6101
2984123       +Wellsfargo,   800 Walnut St,   Des Moines, IA 50309-3605
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
2984098       +E-mail/Text: bankruptcy@asifcu.com Mar 15 2012 19:59:00     Asi Federal Credit Uni,
                5508 Citrus Blvd,   Harahan, LA 70123-5511
2984099       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 15 2012 19:57:07      Asset Acceptance Llc,
                Pob 1630,   Warren, MI 48090-1630
2984107       +E-mail/Text: bknotice@erccollections.com Mar 15 2012 20:00:03      Enhanced Recovery Co L,
                8014 Bayberry Rd,   Jacksonville, FL 32256-7412
2984109       +E-mail/Text: BKNOTICES@EAFLLC.COM Mar 15 2012 19:58:53     Equable Ascent Financi,
                1120 West Lake Co,   Buffalo Grove, IL 60089-1970
2984110       +E-mail/Text: bkr@cardworks.com Mar 15 2012 19:58:24     Geico Card,   Pob 9201,
                Old Bethpage, NY 11804-9001
2985435       +E-mail/Text: brenden.magnino@mcmcg.com Mar 15 2012 19:57:07      Midland Credit Management, Inc.,
                8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
2984116       +E-mail/Text: brenden.magnino@mcmcg.com Mar 15 2012 19:57:07      Midland Credit Mgmt In,
                8875 Aero Dr,   San Diego, CA 92123-2255
2984119       +E-mail/PDF: pa_dc_claims@salliemae.com Mar 15 2012 22:57:52      Sallie Mae,   Po Box 9500,
                Wilkes Barre, PA 18773-9500
2984124       +E-mail/Text: zenith@ebn.phinsolutions.com Mar 15 2012 19:59:12      Zenith Acqu,
                170 North Pointe Parkway,   Amherst, NY 14228-1991
                                                                                              TOTAL: 9
```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 053L-2          User: gd              Page 2 of 3             Date Rcvd: Mar 15, 2012
                              Form ID: pdf13pln     Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 17, 2012**              **Signature:**   _Joseph Speetjens_

```
District/off: 053L-2           User: gd                  Page 3 of 3                   Date Rcvd: Mar 15, 2012
                               Form ID: pdf13pln         Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2012 at the address(es) listed below:
        John C. Menszer   on behalf of Debtor April Williams jmlaw@lawproplus.com
        Office of the  U.S. Trustee   USTPRegion05.NR.ECF@usdoj.gov
        TOTAL: 2

# United States Bankruptcy Court
**Eastern District of Louisiana**

In re **April Booker Williams**          Case No.
Debtor(s)          Chapter **13**

## CHAPTER 13 PLAN

1. Payments to the Trustee: The future earnings or other future income of the Debtor is submitted to the supervision and control of the trustee. The Debtor (or the Debtor's employer) shall pay to the trustee the sum of **$1,336.00** per month for **6** months, then **$1,764.00** per month for **30** months, then **$2,161.00** per month for **24** months.

   Total of plan payments: **$112,800.00**

2. Plan Length: This plan is estimated to be for **60** months.

3. Allowed claims against the Debtor shall be paid in accordance with the provisions of the Bankruptcy Code and this Plan.

   a. Secured creditors shall retain their mortgage, lien or security interest in collateral until the amount of their allowed secured claims have been fully paid or until the Debtor has been discharged. Upon payment of the amount allowed by the Court as a secured claim in the Plan, the secured creditors included in the Plan shall be deemed to have their full claims satisfied and shall terminate any mortgage, lien or security interest on the Debtor's property which was in existence at the time of the filing of the Plan, or the Court may order termination of such mortgage, lien or security interest.

   b. Creditors who have co-signers, co-makers, or guarantors ("Co-Obligors") from whom they are enjoined from collection under 11 U.S.C. § 1301, and which are separately classified and shall file their claims, including all of the contractual interest which is due or will become due during the consummation of the Plan, and payment of the amount specified in the proof of claim to the creditor shall constitute full payment of the debt as to the Debtor and any Co-Obligor.

   c. All priority creditors under 11 U.S.C. § 507 shall be paid in full in deferred cash payments.

4. From the payments received under the plan, the trustee shall make disbursements as follows:

   a. Administrative Expenses
      (1) Trustee's Fee: **4.97**%
      (2) Attorney's Fee (unpaid portion): **$1,931.00 to be paid through plan in monthly payments**
          Attorney's fees are subject to application and approval of the court. Attorney fees will be paid from first funds.
      (3) Filing Fee (unpaid portion): **NONE**

   b. Secured Claims
      (1) Secured Debts Which Will Not Extend Beyond the Length of the Plan

   | Name/Description of Collateral | Proposed Amount of Allowed Secured Claim | Monthly Payment | Interest Rate (If specified) | Total Payments |
   |---|---|---|---|---|
   | **Asi Federal Credit Uni** **Chevy 2001 Tahoe 243,000 miles driven by Debtor** | 1,260.00 | Prorata | 5.50% | 1,317.26 |
   | **Capitol One** **2006 Impala 71,000 miles driven by disabled daughter in Texas** | 7,458.00 | Prorata | 5.50% | 7,796.98 |

   (2) Secured Debts Which Will Extend Beyond the Length of the Plan

   | Name/Description of Collateral | Amount of Claim | Monthly Payment | Interest Rate (If specified) | Total Payments |
   |---|---|---|---|---|
   | **-NONE-** | | | | |

   c. Priority Claims under 11 U.S.C. § 507

   | Name | Amount of Claim | Monthly Payment | Interest Rate (If specified) | Total Payments |
   |---|---|---|---|---|
   | **-NONE-** | | | | |

    d.  Unsecured Claims

(1) Special Nonpriority Unsecured: Debts which are co-signed or are non-dischargeable shall be paid in full (100%).

| Name | Amount of Claim | Monthly Payment | Interest Rate (If specified) | Total Payments |
|---|---|---|---|---|
| **-NONE-** | | | | |

(2) General Nonpriority Unsecured: Other unsecured debts shall be paid **40** cents on the dollar and paid pro rata, with no interest if the creditor has no Co-obligors, provided that where the amount or balance of any unsecured claim is less than $10.00 it may be paid in full.

5. The Debtor proposes to cure defaults to the following creditors by means of monthly payments by the trustee:

| Name/Description of Collateral | Amount of Default to be Cured | Monthly Payment | Interest Rate (If specified) | Total Payments |
|---|---|---|---|---|
| **Bank Of America, N.a.** | **12,952.58** | **Prorata** | **0.00%** | **12,952.58** |
| 3717 Glenoak Drive | | | | |
| **Capitol One** | **500.00** | **Prorata** | **5.50%** | **522.74** |
| 2006 Impala 71,000 miles driven by disabled daughter in Texas | | | | |

6. The Debtor shall make regular payments directly to the following creditors:

| Name | Collateral | Market Value | Amount of Claim |
|---|---|---|---|
| **Bank Of America, N.a.** | **3717 Glenoak Drive** | **110,000.00** | **97,047.42** |
| **Houston FCU** | **Nissan 2009 Titan 8,000 miles driven by Husband** | **24,900.00** | **14,292.92** |

7. The employer on whom the Court will be requested to order payment withheld from earnings is:
   **NONE.  Payments to be made directly by debtor without wage deduction.**

8. The following executory contracts of the debtor are rejected:

| Other Party | Description of Contract or Lease |
|---|---|
| **-NONE-** | |

9. Property to Be Surrendered to Secured Creditor

| Name | Collateral | Market Value | Amount of Claim |
|---|---|---|---|
| **-NONE-** | | | |

10. The following liens shall be avoided pursuant to 11 U.S.C. § 522(f), or other applicable sections of the Bankruptcy Code:

| Name | Collateral | Market Value | Amount of Claim |
|---|---|---|---|
| **-NONE-** | | | |

11. Title to the Debtor's property shall revest in debtor on confirmation of a plan.

12. As used herein, the term "Debtor" shall include both debtors in a joint case.

13. Other Provisions:
    **Debtor will file a Motion to Determine Dischargabilty of IRS debt for 2007 tax in the amount of $45,000.00.  If debt is dischargable Trustee will pay IRS claim as unsecured non-priority debt.**

    **Debtor will file a Motion for Valuation and if granted Debtor will ask the Court to order IRS Lien for 2007 Taxes No. 2010-0394, Book RP073-93, Folio 1663, recorded 9/14/2010 be stripped from her home.**

SUMMARY AND ANALYSIS OF PLAN PAYMENTS TO BE MADE BY TRUSTEE

Total debt provided under the Plan and administrative expenses:

| | |
|---|---:|
| 1. Attorney Fees | **1,931.00** |
| 2. Arrearages | **13,475.32** |
| 3. Secured Claims | **9,114.24** |
| 4. Priority Claims | **0.00** |
| 5. Separate Class of Unsecured Claims | **0.00** |
| 6. All other unsecured claims | **82,673.34** |
| Total payments to above Creditors | **107,193.90** |
| Trustee fees | **5,606.10** |
| Total Debtor payments to the Plan | **112,800.00** |

Reconciliation with Chapter 7:

| | |
|---|---:|
| Interest of unsecured creditors if Chapter 7 filed | |
| Total property of debtor | **199,100.00** |
| Property securing debt (excludes avoided liens) | **133,510.92** |
| Priority unsecured claims (Schedule E) | **0.00** |
| Exempt property | **45,500.00** |
| Administrative Costs | **0.00** |
| Available to General Unsecured (Under Chapter 7) | **20,089.08** |
| Total General Unsecured | **204,244.08** |
| Percent of unsecured, nonpriority claims paid if Chapter 7 filed (est.) | **10%** |
| Percent of unsecured, nonpriority claims paid under Plan | **40%** |

Date **March 5, 2012**      Signature  **/s/ April Booker Williams**
                                       **April Booker Williams**
                                       Debtor

**United States Bankruptcy Court**
**Eastern District of Louisiana**

In re _____  Case No. _____
                                    Debtor(s)    Chapter  **13**

<u>LIQUIDATION ANALYSIS WORKSHEET</u>

I. CALCULATION OF NET LIQUIDATION AMOUNT

Real Estate (BPO has to be written within 2 years)                       110,000.00

Market Value of Real Estate Less 10% Sales Commission and Closing Costs =a

Exemption on Real Estate =b

Less: Mortgages on Real Estate=c                                          134,700.00

Total a-b-c=[1]                                                                0.00

II. CALCULATION OF NET LIQUIDATION ON SUCCESSION

Amount of Succession ( Market Value of Succession Interest Less Mortgage and Homestead Exemption {Only if one parent is living}=d

Less Cost of Opening Succession ($2,500 x Debtor's Interest)=d1

Total d-d1 = [2]

III. CALCULATION OF NET LIQUIDATION ON REMAINING ASSETS (Assets Sch B Less Exemption Sch C Less Mortgage Sch D)
Line 25 (Autos, Trucks)

| | | |
|---|---|---|
| 2009 Cobalt | 8900.00 | 8900.00 |
| 2001 Tahoe | 5100.00 - 1260.00 | 3840.00 |
| 2009 Tital | 24900.00 - 14292.00 -7500.00 | 3107.00 |
| 2006 Impala | 9200.00 -7958.00 | 1242.00 |

Add e,f,g,h,i,j,k=[3]

TOTAL OF NET LIQUIDATION OF ESTATE

Add [1] Total Real Estate + [2] Total Succession + [3] Total Remaining Assets - Less Priority Debts [ Sch E] = [4]

LESS THE TRUSTEE FEE
25% of first $5,000.00                                  L _____
10% of $5,000.00 to $50,000.00                          m _____
5% of $50,000.00 to $999,999.99                         n _____
Reasonable compensation not to exceed 3% of the amount over $1,000,000.00.  O _____

ADD l+m+n+o = [5]
LINE 4 LESS LINE 5 = [6]

LINE 6 LESS __1_% ADMINISTRATIVE COST [LINE 4X.99]      7 _____

If Line [7] remaining sum is less than $1,500.00 Liquidation is Zero.

If Line [7] is more than $1,500.00 proceed

IF LINE 7 IS MORE THAN $1,500.00 PROCEDE                                14,482.00

LINE 7 LESS PRIORITY [SCH E] _____ [8]

Discount Rate 6% Factor Depends on the Term of the Plan [see Chart Present Value Factors with 6% Discount Rate]

Line 8 x1.18[9] Liquidation Value _____ [9]


NET LIQUIDATION AMOUNT EQUALS [9] _____     17,089.00


Date  Feb 12, 2012                    Signature  /s/April Williams

                                      Debtor April Williams

Date  Feb 15, 2012                    [signature]

Attorney  /s/ John C. Menszer   LA Bar No.
          John C. Menszer   LA Bar No. 22118

EMBASSY CHURCH INTERNATIONAL
P.O. BOX 2828
HUMBLE, TX 77347

01/21/2012

## Detailed Statement
### January 01, 2011 - December 31, 2011

For:

**LANEY & APRIL WILLIAMS**
5426 DUNNET HEAD DRIVE
HOUSTON, TX 77084

*Charitable Donations = 312/mo*

| Date | Account | Family Member | Notes | Amount | Check # | Tax |
|---|---|---|---|---|---|---|
| 01/09/2011 | General Fund | April | | 50.00 | 1592 | Yes |
| 01/13/2011 | General Fund | April | | 150.00 | 201 | Yes |
| 01/16/2011 | General Fund | April | | 5.00 | | Yes |
| 01/20/2011 | General Fund | April | | 5.00 | | Yes |
| 01/30/2011 | General Fund | April | | 5.00 | | Yes |
| 01/30/2011 | General Fund | April | | 150.00 | 207 | Yes |
| 02/06/2011 | General Fund | April | | 105.00 | 212 | Yes |
| 02/06/2011 | General Fund | April | | 55.00 | 213 | Yes |
| 02/27/2011 | General Fund | April | | 229.90 | 222 | Yes |
| 02/27/2011 | General Fund | April | | 229.90 | 1598 | Yes |
| 03/13/2011 | General Fund | April | | 3.00 | | Yes |
| 03/17/2011 | General Fund | April | | 10.00 | 235 | Yes |
| 03/20/2011 | General Fund | April | | 10.00 | | Yes |
| 03/27/2011 | General Fund | Laney | | 110.00 | 247 | Yes |
| 04/03/2011 | General Fund | April | | 34.00 | 1591 | Yes |
| 04/10/2011 | General Fund | April | | 20.00 | 250 | Yes |
| 04/17/2011 | General Fund | Laney | | 20.00 | | Yes |
| 04/24/2011 | General Fund | April | | 10.00 | | Yes |
| 05/08/2011 | General Fund | April | | 10.00 | | Yes |
| 05/29/2011 | General Fund | April | | 100.00 | 1600 | Yes |
| 06/05/2011 | *General Fund | April | NSF check | 50.00 | 1328 | Yes |
| | *General Fund | April | NSF check | -50.00 | 1328 | Yes |
| 06/05/2011 | General Fund | Laney | | 46.00 | 257 | Yes |
| 06/12/2011 | General Fund | Laney | | 132.74 | 258 | Yes |
| 06/12/2011 | General Fund | Laney | | 25.00 | | Yes |
| 06/19/2011 | General Fund | Laney | | 115.03 | 265 | Yes |
| 06/26/2011 | General Fund | Laney | | 99.03 | 268 | Yes |
| 07/17/2011 | General Fund | April | | 120.00 | 275 | Yes |
| 07/24/2011 | General Fund | April | | 55.07 | 1274 | Yes |
| 07/31/2011 | General Fund | April | | 89.13 | 1277 | Yes |
| 08/07/2011 | General Fund | April | | 110.00 | 289 | Yes |

\* Indicates this is part of a Split Transaction.

8 Pursuant to Internal Revenue Code requirements for substantiation of charitable contributions, no goods or services were provided in return for the Tax Deductible contributions.

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT
## Eastern District of Louisiana

**In the Matter of:**                    }
                                         }    Case No.
                                         }    Section
                                         }    **Chapter 13**
                                         }
**Debtor(s)**                            }

### AFFIDAVIT OF NON-DISCHARGEABILITY

STATE OF LOUISIANA
PARISH OF ORLEANS

I, April Booker Williams, state that

My attorney, John C. Menszer has informed me that student loans and taxes due to the IRS and the State of LA are non-dischargeable in bankruptcy and any amounts remaining at the conclusion of my Ch 13 will have to be repaid.

*[signature]*
April B. Williams

STATE OF LOUISIANA

PARISH OF ORLEANS

### AFFIDAVIT

BEFORE ME, the undersigned authority, duly commissioned and qualified in the State and Parish listed above, personally came and appeared April B. Williams,

who, being by me first duly sworn and deposed attested to the following:

I am the Debtor in a Chapter 13; and
I have filed all required tax returns, both federal and state, that were due during the past four years

/s/ April B. Williams
_____
Affiant: April B. Williams

SWORN TO AND SUBSCRIBED BEFORE ME, NOTARY PUBLIC ON February 12, 2012

/s/ John C. Menszer
_____
John C. Menszer 22118
NOTARY PUBLIC