**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Louisiana**

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | Case No.12-10615 |
| April Booker Williams | } | Chapter 13 |
| | | Section A |
| | } | |
| **Debtor(s)** | } | |

## STIPULATION

Considering the Motion to Determine Dischargeability of a Tax Debt and the Motion for Valuation of Property filed by the Debtor herein, April Booker Williams, ("Debtor"), the Reply of the United States of America filed on behalf of the U.S. Department of the Treasury, Internal Revenue Service, ("IRS"), the hearing scheduled for June 12, 2012, and the Court having been informed of the consent of the parties, the Debtor and the IRS stipulate to the following.

**IT IS STIPULATED** that the Debtor's Motion for Valuation of Property be granted and the value of 3845 Woodbriar Drive, Harvey, Louisiana 70058 be granted in accordance with the submitted appraisal in the amount of $144,000.00.

**IT IS STIPULATED** that the Debtor's Motion to Determine Dischargeability of a Tax Debt be granted in part and denied in part as follows:

The tax claim subject to a Federal Tax Lien filed on September 14, 2010 in Harris County, Texas, Serial No. 696807810 at Record No. 20100394690 ("FTL") is secured to the extent of $23,790.00 against the personal property of the debtor listed in Schedule B of this bankruptcy, and the IRS shall be paid by the Chapter 13 Trustee with interest at the rate specified in 26 U.S.C. paragraphs 6621 and 6622, and

The remainder of the tax claim subject to the FTL is unsecured in the amount of $22,748.89 and the IRS shall be paid by the Chapter 13 Trustee pro rata.

**IT IS STIPULATED** that the tax claim secured by the FTL, both secured and unsecured, shall be discharged at the completion of the Chapter 13 plan.

**IT IS STIPULATED** that the Debtor's attorney file a Modified Plan and Amended Schedules D and F consistent with these findings.

Date: June 12, 2012

Respectfully submitted jointly by:

/s/ John C. Menszer

_____
John C. Menszer (22118)   Attorney at Law
Ste: 301, 830 Union Street
New Orleans, Louisiana 70112
Ph: (504) 528-2424 Fax: 528-2494

Jim Letten
United States Attorney

/s/ Glenn K. Schreiber

_____
Glenn K. Schreiber
Assistant United States Attorney
650 Poydras Street, 16th Floor
New Orleans, Louisiana 70130
Ph: (504) 680-3093 Fax: (504)-680-3186
glenn.schreiber@usdoj.gov