**B6J (Official Form 6J) (12/07)**

In re **April Booker Williams**      Case No. **12-10615**
                            Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ **874.00** |
|   a. Are real estate taxes included? | Yes **X** | No ___ | |
|   b. Is property insurance included? | Yes **X** | No ___ | |
| 2. Utilities:    a. Electricity and heating fuel | | | $ **249.00** |
|               b. Water and sewer | | | $ **80.00** |
|               c. Telephone | | | $ **0.00** |
|               d. Other **See Detailed Expense Attachment** | | | $ **340.00** |
| 3. Home maintenance (repairs and upkeep) | | | $ **50.00** |
| 4. Food | | | $ **644.11** |
| 5. Clothing | | | $ **50.00** |
| 6. Laundry and dry cleaning | | | $ **25.00** |
| 7. Medical and dental expenses | | | $ **120.00** |
| 8. Transportation (not including car payments) | | | $ **300.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ **0.00** |
| 10. Charitable contributions | | | $ **312.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|               a. Homeowner's or renter's | | | $ **0.00** |
|               b. Life | | | $ **64.00** |
|               c. Health | | | $ **0.00** |
|               d. Auto | | | $ **364.00** |
|               e. Other | | | $ **0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | | | $ **0.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|               a. Auto | | | $ **419.00** |
|               b. Other | | | $ **0.00** |
|               c. Other | | | $ **0.00** |
| 14. Alimony, maintenance, and support paid to others | | | $ **0.00** |
| 15. Payments for support of additional dependents not living at your home | | | $ **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ **0.00** |
| 17. Other   **Child care and education daughter age 7** | | | $ **91.00** |
|       Other | | | $ **0.00** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ **3,982.11** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    **Line 13a. Husband is paying his Truck direct 419.00, Line 17. Daughter age 7, education and child care of 91.00 per month.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ **5,438.14** |
| b. | Average monthly expenses from Line 18 above | $ **3,982.11** |
| c. | Monthly net income (a. minus b.) | $ **1,456.03** |

**B6J (Official Form 6J) (12/07)**

In re **April Booker Williams**                    Case No. **12-10615**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| **Internet and Cable** | $ **150.00** |
| **Cell Phones for disabled children and debtor/spous** | $ **190.00** |
| **Total Other Utility Expenditures** | $ **340.00** |

STATE OF LOUISIANA

PARISH OF ORLEANS

## AFFIDAVIT

BEFORE ME, the undersigned authority, duly commissioned and qualified in the State and Parish listed above, personally came and appeared April B. Williams,

who, being by me first duly sworn and deposed attested to the following:

I am the Debtor in a Chapter 13; and
I have filed all required tax returns, both federal and state, that were due during the past four years

/s/ April B. Williams
_____
Affiant: April B. Williams

SWORN TO AND SUBSCRIBED BEFORE ME, NOTARY PUBLIC ON February 12, 2012

/s/ John C. Menszer
_____
John C. Menszer 22118
NOTARY PUBLIC

# United States Bankruptcy Court
**Eastern District of Louisiana**

In re _____ Case No. _____
                                                                                        Debtor(s)    Chapter   **13**

<u>LIQUIDATION ANALYSIS WORKSHEET</u>

I. CALCULATION OF NET LIQUIDATION AMOUNT

Real Estate (BPO has to be written within 2 years)                                           110,000.00

Market Value of Real Estate Less 10% Sales Commission and Closing Costs =a

Exemption on Real Estate =b

Less: Mortgages on Real Estate=c                                                                      134,700.00

Total a-b-c=[1]                                                                                                   0.00

II. CALCULATION OF NET LIQUIDATION ON SUCCESSION

Amount of Succession ( Market Value of Succession Interest Less Mortgage and Homestead Exemption {Only if one parent is living}=d

Less Cost of Opening Succession ($2,500 x Debtor's Interest)=d1

Total d-d1 = [2]

III. CALCULATION OF NET LIQUIDATION ON REMAINING ASSETS (Assets Sch B Less Exemption Sch C Less Mortgage Sch D)
Line 25 (Autos, Trucks)

| | | |
|---|---|---|
| 2009 Cobalt | 8900.00 | 8900.00 |
| 2001 Tahoe | 5100.00 - 1260.00 | 3840.00 |
| 2009 Tital | 24900.00 - 14292.00 -7500.00 | 3107.00 |
| 2006 Impala | 9200.00 -7958.00 | 1242.00 |

Add e,f,g,h,i,j,k=[3]

TOTAL OF NET LIQUIDATION OF ESTATE

Add [1] Total Real Estate + [2] Total Succession + [3] Total Remaining Assets - Less Priority Debts [ Sch E] = [4]

LESS THE TRUSTEE FEE
25% of first $5,000.00                        L _____
10%of $5,000.00 to $50,000.00           m _____
5% of $50,000.00 to $999,999.99       n _____
Reasonable compensation not to exceed 3% of the amount over $1,000,000.00. O _____

ADD l+m+n+o = [5]
LINE 4 LESS LINE 5 = [6]

LINE 6 LESS __1_% ADMINISTRATIVE COST [LINE 4X.99]      7 _____

If Line [7] remaining sum is less than $1,500.00 Liquidation is Zero.

If Line [7] is more than $1,500.00 proceed

IF LINE 7 IS MORE THAN $1,500.00 PROCEDE                     14,482.00

LINE 7 LESS PRIORITY [SCH E] _____ [8]

Discount Rate 6% Factor Depends on the Term of the Plan [see Chart Present Value Factors with 6% Discount Rate]

Line 8 x1.18[9] Liquidation Value _____ [9]


NET LIQUIDATION AMOUNT EQUALS [9] _____      17,089.00


Date  Feb 12, 2012                    Signature   /s/April Williams

                                                  Debtor April Williams

Date  Feb 15, 2012                                (signature)

Attorney  /s/ John C. Menszer    LA Bar No.
          John C. Menszer    LA Bar No. 22118

EMBASSY CHURCH INTERNATIONAL
P.O. BOX 2828
HUMBLE, TX 77347

01/21/2012

## Detailed Statement
### January 01, 2011 - December 31, 2011

For:

**LANEY & APRIL WILLIAMS**
5426 DUNNET HEAD DRIVE
HOUSTON, TX 77084

*Charitable Donations = 312/mo*

| Date | Account | Family Member | Notes | Amount | Check # | Tax |
|---|---|---|---|---|---|---|
| 01/09/2011 | General Fund | April | | 50.00 | 1592 | Yes |
| 01/13/2011 | General Fund | April | | 150.00 | 201 | Yes |
| 01/16/2011 | General Fund | April | | 5.00 | | Yes |
| 01/20/2011 | General Fund | April | | 5.00 | | Yes |
| 01/30/2011 | General Fund | April | | 5.00 | | Yes |
| 01/30/2011 | General Fund | April | | 150.00 | 207 | Yes |
| 02/06/2011 | General Fund | April | | 105.00 | 212 | Yes |
| 02/06/2011 | General Fund | April | | 55.00 | 213 | Yes |
| 02/27/2011 | General Fund | April | | 229.90 | 222 | Yes |
| 02/27/2011 | General Fund | April | | 229.90 | 1598 | Yes |
| 03/13/2011 | General Fund | April | | 3.00 | | Yes |
| 03/17/2011 | General Fund | April | | 10.00 | 235 | Yes |
| 03/20/2011 | General Fund | April | | 10.00 | | Yes |
| 03/27/2011 | General Fund | Laney | | 110.00 | 247 | Yes |
| 04/03/2011 | General Fund | April | | 34.00 | 1591 | Yes |
| 04/10/2011 | General Fund | April | | 20.00 | 250 | Yes |
| 04/17/2011 | General Fund | Laney | | 20.00 | | Yes |
| 04/24/2011 | General Fund | April | | 10.00 | | Yes |
| 05/08/2011 | General Fund | April | | 10.00 | | Yes |
| 05/29/2011 | General Fund | April | | 100.00 | 1600 | Yes |
| 06/05/2011 | *General Fund | April | NSF check | 50.00 | 1328 | Yes |
| | *General Fund | April | NSF check | -50.00 | 1328 | Yes |
| 06/05/2011 | General Fund | Laney | | 46.00 | 257 | Yes |
| 06/12/2011 | General Fund | Laney | | 132.74 | 258 | Yes |
| 06/12/2011 | General Fund | Laney | | 25.00 | | Yes |
| 06/19/2011 | General Fund | Laney | | 115.03 | 265 | Yes |
| 06/26/2011 | General Fund | Laney | | 99.03 | 268 | Yes |
| 07/17/2011 | General Fund | April | | 120.00 | 275 | Yes |
| 07/24/2011 | General Fund | April | | 55.07 | 1274 | Yes |
| 07/31/2011 | General Fund | April | | 89.13 | 1277 | Yes |
| 08/07/2011 | General Fund | April | | 110.00 | 289 | Yes |

* Indicates this is part of a Split Transaction.

8 Pursuant to Internal Revenue Code requirements for substantiation of charitable contributions, no goods or services were provided in return for the Tax Deductible contributions.

Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT
### Eastern District of Louisiana

**In the Matter of:**

}
} Case No.
} Section
} Chapter 13
}
**Debtor(s)**
}

## AFFIDAVIT OF NON-DISCHARGEABILITY

STATE OF LOUISIANA
PARISH OF ORLEANS

I, April Booker Williams, state that

My attorney, John C. Menszer has informed me that student loans and taxes due to the IRS and the State of LA are non-dischargeable in bankruptcy and any amounts remaining at the conclusion of my Ch 13 will have to be repaid.

_[signature]_
April B. Williams

# United States Bankruptcy Court
### Eastern District of Louisiana

In re **April Booker Williams**  
Debtor(s)

Case No. **12-10615**  
Chapter **13**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __1__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **October 1, 2013**

Signature **/s/ April Booker Williams**  
**April Booker Williams**  
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.