# United States Bankruptcy Court
Eastern District of Louisiana

| | |
|---|---|
| APRIL BOOKER WILLIAMS<br>3717 GLEN OAK DR<br>HARVEY LA  70058 | **12-10615**<br>Chapter 13<br>Section A |

### TRUSTEE'S MOTION TO DISMISS CASE for NON-COMPLIANCE and NOTICE OF HEARING

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who reports that this case is not in compliance with its plan, and therefore prays that the case be dismissed.  There has been one previous Motion to Dismiss for Non-Compliance filed herein.  As of July 15, 2014, plan payments are in arrears $4,088.27, or 3 months.  Subject to amendment or claim, there remain 34 months to complete the plan.  The last four (or all if fewer than four) plan payments received by the Trustee are as follows:

07/07/2014  $ 500.00        06/02/2014  $ 1,456.00       05/05/2014  $ 1,256.00       04/02/2014  $ 1,456.00

NOTICE IS HEREBY GIVEN that a hearing on this motion is scheduled for:

August  12, 2014 at 9:00 a.m.

at the United States Bankruptcy Court, 500 Poydras Street, Room B-709, New Orleans, Louisiana.

Objections to the motion must be filed with the Clerk of Court, with service upon the Trustee, the debtor and debtor's attorney no later than seven days before the hearing. If no timely objection is filed, the court may grant the relief requested without the necessity of a hearing.

Attorney for debtor:

JOHN C MENSZER
jmlaw@lawproplus.com

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  APRIL BOOKER WILLIAMS | CASE NO: 12-10615 |
|---|---|
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 7/15/2014, a copy of the following documents, described below,

Motion to Dismiss for Failure to Make Plan Payments,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/15/2014

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Chapter 13 Trustee
S.J. Beaulieu Jr.
433 Metairie Road Suite 307
New Orleans, LA  70005

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>053L-2<br>CASE 12-10615<br>EASTERN DISTRICT OF LOUISIANA<br>NEW ORLEANS<br>TUE JUL 15 13-29-32 CDT 2014 | BANK OF AMERICA N.A. SUCCESSOR BY<br>400 NATIONAL WAY<br>MAIL STOP- CA6-919-01-23<br>SIMI VALLEY CA 93065-6414 | ~~UNITED STATES BANKRUPTCY COURT~~<br>~~EASTERN DISTRICT OF LOUISIANA~~<br>~~HALE BOGGS FEDERAL BUILDING~~<br>~~500 POYDRAS STREET SUITE B 601~~<br>~~NEW ORLEANS LA 70130-3319~~ |
| ANTHONY J. RUSSO JR.<br>SEALE SMITH ZUBER & BARNETTE<br>8550 UNITED PLAZA BLVD. SUITE 200<br>BATON ROUGE LA 70809-2256 | ASI FEDERAL CREDIT UNION<br>CO FONTANA & FONTANA LLC<br>1022 LOYOLA AVENUE<br>NEW ORLEANS LA 70113-1915 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>INSOLVE RECOVERY LLC<br>PO BOX 269093<br>OKLAHOMA CITY OK 73126-9093 |
| AMERICAN INFOSOURCE LP AS AGENT FOR<br>MIDLAND FUNDING LLC<br>PO BOX 268941<br>OKLAHOMA CITY OK 73126-8941 | ASHLEY FUNDING SERVICES LLC ITS<br>ASSIGNS AS ASSIGNEE OF SYNDICATED<br>SYSTEMS INC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | ASI FEDERAL CREDIT UNI<br>5508 CITRUS BLVD<br>HARAHAN LA 70123-5511 |
| ASSET ACCEPTANCE LLC<br>POB 1630<br>WARREN MI 48090-1630 | BANK OF AMERICA N.A.<br>450 AMERICAN STREET<br>SIMI VALLEY CA 93065-6285 | BANK OF AMERICA N.A. SUCCESSOR BY<br>WITH BAC HOME LOANS SERVICING L.P.<br>400 NATIONAL WAY<br>MAIL STOP- CA6-919-01-23<br>SIMI VALLEY CA 93065-6414 |
| CVF CONSUMER ACQUISITION COMPANY ITS<br>AND ASSIGNS AS ASSIGNEE OF NCO<br>PORTFOLIO MANAGEMENT<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE AUTO FINANCE DEPARTMENT<br>CO ASCENSION CAPITAL GROUP<br>P.O. BOX 201347<br>ARLINGTON TX 76006-1347 |
| CAPITAL ONE AUTO FINANCE CO ASCENSION<br>P.O. BOX 201347<br>ARLINGTON TX 76006-1347 | CAPITOL ONE<br>POB 152402<br>IRVING TX 75015-2402 | CENTRAL FINL CONTROL<br>PO BOX 660873<br>DALLAS TX 75266-0873 |
| CHASE<br>201 N. WALNUT STDE1-1027<br>WILMINGTON DE 19801-2920 | CONVERGENT OUTSOURCING<br>800 SW 39TH ST<br>RENTON WA 98057-4975 | DEPARTMENT STORES NATIONAL BANKMACY'S<br>BANKRUPTCY PROCESSING<br>PO BOX 8053<br>MASON OH 45040-8053 |
| DSNB MACYS<br>9111 DUKE BLVD<br>MASON OH 45040-8999 | ENHANCED RECOVERY CO L<br>8014 BAYBERRY RD<br>JACKSONVILLE FL 32256-7412 | EOS CCA<br>700 LONGWATER DR<br>NORWELL MA 02061-1624 |
| EQUABLE ASCENT FINANCI<br>1120 WEST LAKE CO<br>BUFFALO GROVE IL 60089-1970 | GEICO CARD<br>POB 9201<br>OLD BETHPAGE NY 11804-9001 | HARRIS COUNTY TRA<br>P.O. BOX 3064<br>HOUSTON TX 77253-3064 |

| | | |
|---|---|---|
| HARRIS COUNTY TOLL ROAD AUTHORITY<br>VIOLATIONS ENFORCEMENT CENTER<br>1310 PRAIRIE SUITE 330<br>HOUSTON TX 77002-2023 | HOUSTON FCU<br>14320 KENNSINGTON DR.<br>SUGAR LAND TX 77479 | HOUSTON FEDERAL CREDIT UNION<br>16320 KENSINGTON DRIVE<br>SUGAR LAND TX 77479-4097 |
| IRS<br>MEMPHIS TN 37501-0002 | IRS<br>POB 7346<br>PHILADELPHIA PA 19101-7346 | IYONNA DAVIS<br>5426 DUNNETHEAD DR<br>HOUSTON TX 77084-1812 |
| LANEY WILLIAMS<br>3717 GLENOAK DRIVE<br>HARVEY LA 70058-1918 | LOUISIANA DEPARTMENT OF REVENUE<br>BANKTUPTCY SECTION<br>P.O. BOX 66658<br>BATON ROUGE LA 70896-6658 | MIDLAND CREDIT MANAGEMENT INC.<br>8875 AERO DRIVE SUITE 200<br>SAN DIEGO CA 92123-2255 |
| MIDLAND CREDIT MGMT IN<br>8875 AERO DR<br>SAN DIEGO CA 92123-2255 | OAK HARBOR CAPITAL IV LLC<br>C O WEINSTEIN AND RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE WA 98121-3132 | PINNACLE CREDIT SERVIC<br>7900 HIGHWAY 7 # 100<br>SAINT LOUIS PARK MN 55426-4045 |
| PORTFOLIO INVESTMENTS I LLC<br>CO RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | RCSCVF CONSUMER ACQUI<br>PO BOX 10525<br>GREENVILLE SC 29603-0525 | RECOVERY MANAGEMENT SYSTEMS<br>25 S.E. 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 |
| SALLIE MAE<br>PO BOX 9500<br>WILKES BARRE PA 18773-9500 | SALLIE MAE<br>CO SALLIE MAE INC.<br>220 LASLEY AVE<br>WILKES-BARRE PA 18706-1496 | SALLIE MAE INC. ON BEHALF OF USA FUNDS<br>ATTN- BANKRUPTCY LITIGATION UNIT E3149<br>P.O. BOX 9430<br>WILKES-BARRE PA 18773-9430 |
| SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | TXU ENERGY RETAIL COMPANY LLC<br>CO BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS TX 75265-0393 | THDCBNA<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 |
| TXU ENERGY RETAIL COMPANY LP<br>CO BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS TX 75265-0393 | US ATTORNEY TAX DIVISION<br>GLENN SCHREIBER<br>16TH FLOOR<br>650 POYDRAS STREET<br>NEW ORLEANS LA 70130-6101 | WELLSFARGO<br>800 WALNUT ST<br>DES MOINES IA 50309-3605 |
| ZENITH ACQU<br>170 NORTH POINTE PARKWAY<br>AMHERST NY 14228-1991 | APRIL BOOKER WILLIAMS<br>3717 GLEN OAK DRIVE<br>HARVEY LA 70058-1918 | JOHN C. MENSZER<br>830 UNION STREET<br>SUITE 301<br>NEW ORLEANS LA 70112-1417 |

~~OFFICE OF THE U.S. TRUSTEE~~  
~~400 POYDRAS STREET~~  
~~SUITE 2110~~  
~~NEW ORLEANS LA 70130-3238~~

~~S. J. BEAULIEU JR.~~  
~~433 METAIRIE ROAD~~  
~~SUITE 307~~  
~~METAIRIE LA 70005-4326~~