## IN THE UNITED STATES BANKRUPTCY COURT
### Eastern District of Louisiana

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | Case No.12-10615 |
| April Booker Williams | } | Chapter 13 |
| | | Section A |
| | } | |
| **Debtor(s)** | } | |

### Response

NOW COMES April Booker Williams, debtor, who files this Response to Trustee's Motion to Dismiss Case.

1.

Trustee filed a Motion to Dismiss for failure to pay $4088.27, which is set for hearing on August 12, 2014.

2.

On August 5, Debtor will owe an additional payment of 1456.03.

3.

Debtor will appear at the August 12 hearing with $2500.00.

4.

Debtor will pay $1456.03 on September 5.

5.

Debtor will pay remaining balance by September 20, which will make her case up to date.

July 24, 2014

Respectfully submitted,
/s/ John C. Menszer

_____
John C. Menszer (22118)   Attorney at Law
Ste: 301, 830 Union Street
Ph: (504) 528-2424 Fax: 528-2494