# IN THE UNITED STATES BANKRUPTCY COURT
## Eastern District of Louisiana

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | Case No.12-10615 |
| April Booker Williams | } | Section A |
| | } | Chapter 13 |
| | } | |
| | } | |
| **Debtor(s)** | } | |

### Certificate of Mailing

    I hereby certify that on this July 24, 2014, I served by electronic mail, the Response to Trustee's Motion to Dismiss to the following interested parties at the following addresses:

S. J. Beaulieu, Jr, Chapter 13 Trustee
ecf@ch13no.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

Respectfully submitted,

/s/ John C. Menszer
John C. Menszer 22118
*Attorney for Debtor*:
830 Union Street, Ste 301
New Orleans, LA 70112
(504) 528-2424